AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M | NINTH CIRCUIT COURT OF APPEALS | 08/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURT OF APPEALS<br>125 S. GRAND AVENUE<br>PASADENA, CA 91105 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ████████████ |
| 2. | Director | ████████████ |
| 3. | Board member | ████████████ |
| 4. | Board member | Board of Councilors' Seclect Committee on Federal Judicial Clerkships |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE OFFICE
2008 AUG 11 A 10: 40
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas at Austin School of Law | April 5-6 | Austin, Texas | Clerkship Workshop | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▆▆▆ | Nonsecured line of credit | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA | | | | | | | | | |
| 2. Aflac Inc | A | Dividend | K | T | | | | | |
| 3. Agilent Technologies Inc | | None | J | T | Buy | 10/17 | J | | |
| 4. Air Products & Chemicals Inc | A | Dividend | K | T | | | | | |
| 5. Alcoa Inc | A | Dividend | J | T | Buy | 8/30 | J | | |
| 6. Alcoa Inc | | | | | Partial Sale | 3/07 | J | A | |
| 7. Alcoa Inc | | | | | Sell | 6/19 | J | B | |
| 8. Allegeny Technologies Inc | A | Dividend | J | T | Buy | 10/2 | J | | |
| 9. Allergan Inc | A | Dividend | K | T | Stock Split | 6/22 | J | | |
| 10. AMBAC Finl Grp Inc Com | A | Dividend | J | T | Buy | 10/8 | J | | |
| 11. American International Group Inc | A | Dividend | K | T | Buy | 4/18 | J | | |
| 12. American International Group Inc | | | | | Buy | 10/24 | J | | |
| 13. American Medical Sys Hldgs | | None | J | T | Buy | 1/22 | J | | |
| 14. American Medical Sys Hldgs | | | | | Buy | 1/23 | J | | |
| 15. American Medical Sys Hldgs | | | | | Buy | 4/18 | J | | |
| 16. American Medical Sys Hldgs | | | | | Buy | 4/19 | J | | |
| 17. American Medical Sys Hldgs | | | | | Buy | 4/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Medical Sys Hldgs | | | | | Buy | 5/2 | J | | |
| 19. American Standard Co | A | Dividend | | | Partial Sale | 1/9 | J | A | |
| 20. American Standard Co | | | | | Partial Sale | 1/10 | J | A | |
| 21. American Standard Co | | | | | Sell | 3/22 | J | C | |
| 22. American Standard Co | | | | | Spin Off | 8/1 | J | | Wabco Hldgs |
| 23. American Standard Co | | | | | Sell | 10/04 | J | C | |
| 24. Arch Coal Inc | A | Dividend | J | T | | | | | |
| 25. Astrazeneca PLC ADR | A | Dividend | | | Partial Sale | 05/04 | J | A | |
| 26. Astrazeneca PLC ADR | | | | | Partial Sale | 11/12 | J | A | |
| 27. Astrazeneca PLC ADR | | | | | Sell | 11/13 | J | B | |
| 28. AT&T, Inc. | A | Dividend | K | T | Buy | 1/12 | J | | |
| 29. AT&T, Inc. | | | | | Buy | 6/27 | J | | |
| 30. Autonation Inc | | None | J | T | Sell | 1/31 | J | A | |
| 31. Avon Products Inc | A | Dividend | J | T | | | | | |
| 32. BAE Systems PLC Spon ADR | A | Dividend | J | T | | | | | |
| 33. Baker Hughes Inc | A | Dividend | J | T | Partial Sale | 10/9 | J | D | |
| 34. Barrick Gold Corp US$ | A | Dividend | K | T | Buy | 4/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baxter International Inc | A | Dividend | J | T | Buy | 7/23 | J | | |
| 36. Berkshire Hathaway Inc CL B | | None | J | T | | | | | |
| 37. Best Buy Inc | | None | J | T | Buy | 10/15 | J | | |
| 38. Boeing Co | A | Dividend | K | T | Buy | 6/29 | J | | |
| 39. Boeing Co | | | | | Buy | 8/21 | J | | |
| 40. Campbell Soup Co | A | Dividend | J | T | Partial Sale | 1/4 | J | B | |
| 41. Campbell Soup Co | | | | | Partial Sale | 3/26 | J | B | |
| 42. Canadian Natural Resources Ltd US$ | A | Dividend | K | T | Buy | 3/07 | J | | |
| 43. Canadian Natural Resources Ltd US$ | | | | | Buy | 3/29 | J | | |
| 44. Canadian Natural Resources Ltd US$ | | | | | Buy | 4/4 | J | | |
| 45. Canon Inc ADR | A | Dividend | J | T | | | | | |
| 46. Capital One Financial Corp | A | Dividend | J | T | | | | | |
| 47. Cerner Corp | | None | K | T | Buy | 2/20 | J | | |
| 48. Chevron Corp | A | Dividend | J | T | | | | | |
| 49. Cincinnati Finl Corp | A | Dividend | J | T | | | | | |
| 50. Cisco Systems Inc | | None | K | T | Buy | 12/18 | J | | |
| 51. Citadel Broadcasting Corp | | None | | | Sale of Frac | 6/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citadel Broadcasting Corp | | | | | Spin Off | 6/13 | J | | The Walt Disney Co |
| 53. Citadel Broadcasting Corp | | | | | Sell | 11/14 | J | A | |
| 54. Citigroup Inc | A | Dividend | | | Sell | 11/7 | J | B | |
| 55. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 56. Comcast Corp CL A | | None | K | T | Stock Split | 2/21 | J | | |
| 57. Compass Bancshares Inc | A | Dividend | | | Buy | 2/9 | J | | |
| 58. Compass Bancshares Inc | | | | | Sell | 6/4 | J | A | |
| 59. Conocophillips | A | Dividend | J | T | Buy | 7/5 | J | | |
| 60. Corning Inc | A | Dividend | J | T | | | | | |
| 61. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 62. Danaher Corp | A | Dividend | J | T | | | | | |
| 63. Davita Inc | | None | K | T | Buy | 2/16 | J | | |
| 64. Dell Inc | | None | J | T | Buy | 2/1 | J | | |
| 65. Delta Petroleum Corp | | None | K | T | Buy | 1/17 | J | | |
| 66. Duke Energy Corp | A | Dividend | | | Spin Off | 1/3 | J | | Spectra Energy |
| 67. Duke Energy Corp | | | | | Partial Sale | 5/9 | J | B | |
| 68. Duke Energy Corp | | | | | Sell | 7/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. East West Bancorp Inc | A | Dividend | J | T | | | | | |
| 70. Ebay Inc | | None | J | T | Buy | 5/18 | J | | |
| 71. Emerson Electric Co | A | Dividend | K | T | Buy | 3/22 | J | | |
| 72. EOG Resources Inc | A | Dividend | J | T | | | | | |
| 73. Exelixis Inc | | None | J | T | | | | | |
| 74. Exelon Corporation | A | Dividend | | | Sell | 8/10 | J | C | |
| 75. Exxon Mobil Corp | A | Dividend | J | T | Partial Sale | 1/3 | J | C | |
| 76. Federal National Mortgage Assoc. | | None | J | T | Buy | 11/30 | J | | |
| 77. Fedex Corp | A | Dividend | J | T | | | | | |
| 78. Fifth Third Bancorp | A | Dividend | | | Buy | 10/10 | J | | |
| 79. Fifth Third Bancorp | | | | | Sell | 11/14 | J | A | |
| 80. Fluor Corp | A | Dividend | K | T | | | | | |
| 81. Forest Labs Inc | | None | J | T | Partial Sale | 1/5 | J | A | |
| 82. Forest Labs Inc | | | | | Partial Sale | 1/8 | J | A | |
| 83. Forest Labs Inc | | | | | Partial Sale | 6/4 | J | A | |
| 84. Forest Labs Inc | | | | | Partial Sale | 6/6 | J | A | |
| 85. Gallagher Arthur J | A | Dividend | | | Partial Sale | 5/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Gallagher Arthur J | | | | | Sell | 5/9 | J | A | |
| 87. Gannett Co Inc | | None | J | T | Buy | 11/28 | J | | |
| 88. Genentech Inc | | None | K | T | Buy | 2/22 | J | | |
| 89. Genentech Inc | | | | | Buy | 2/28 | J | | |
| 90. Genentech Inc | | | | | Buy | 12/12 | J | | |
| 91. General Dynamics Corp | | None | | | Sell | 1/5 | J | B | |
| 92. General Electric Co | B | Dividend | K | T | | | | | |
| 93. General Growth Properties Inc | A | Dividend | K | T | Partial Sale | 3/16 | J | C | |
| 94. Genpact Ltd | | None | J | T | Buy | 8/9 | J | | |
| 95. Google Inc Cl A | | None | J | T | Buy | 5/9 | J | | |
| 96. Hanesbrands Inc | | None | J | T | | | | | |
| 97. Heineken NV ADR | A | Dividend | J | T | Partial Sale | 4/4 | J | B | |
| 98. Hewlett-Packard Co | A | Dividend | J | T | Partial Sale | 2/23 | J | B | |
| 99. HSBC Holdings PLC ADR Spon New | A | Dividend | | | Partial Sale | 11/2 | J | B | |
| 100. HSBC Holdings PLC ADR Spon New | | | | | Sell | 11/8 | J | B | |
| 101. Idearc Inc | A | Dividend | | | Sell | 3/6 | J | A | |
| 102. Illinois Tool Works Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Imclone Sys Inc | | None | J | T | | | | | |
| 104. Intel Corp | A | Dividend | K | T | | | | | |
| 105. International Business Machines Corp | A | Dividend | K | T | | | | | |
| 106. Jabil Circuit Inc | A | Dividend | J | T | Buy | 8/13 | J | | |
| 107. Jabil Circuit Inc | | | | | Buy | 8/14 | J | | |
| 108. Jabil Circuit Inc | | | | | Buy | 8/14 | J | | |
| 109. Jarden Corp | | None | J | T | Buy | 8/21 | J | | |
| 110. Jarden Corp | | | | | Buy | 8/22 | J | | |
| 111. Johnson Controls Inc | A | Dividend | J | T | Stock Split | 10/2 | J | | |
| 112. JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 113. Kinder Morgan Management LLC | | None | J | T | Partial Sale | 2/14 | J | A | |
| 114. Kinder Morgan Management LLC | | | | | Partial Sale | 5/15 | J | A | |
| 115. Kinder Morgan Management LLC | | | | | Partial Sale | 8/14 | J | A | |
| 116. Kinder Morgan Management LLC | | | | | Partial Sale | 11/14 | J | A | |
| 117. Kraft Foods Inc CL A | A | Dividend | K | T | Buy | 5/10 | J | | |
| 118. Kraft Foods Inc CL A | | | | | Buy | 11/6 | J | | |
| 119. Kraft Foods Inc CL A | | | | | Buy | 12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Leggett & Platt Inc | A | Dividend | | | Partial Sale | 12/20 | J | A | |
| 121. Leggett & Platt Inc | | | | | Sell | 12/21 | J | A | |
| 122. Level 3 Communications Inc | | None | J | T | Buy | 10/3 | J | | |
| 123. Lincare Holdings Inc | | None | | | Partial Sale | 2/1 | J | A | |
| 124. Lincare Holdings Inc | | | | | Partial Sale | 2/14 | J | A | |
| 125. Lincare Holdings Inc | | | | | Sell | 3/12 | J | A | |
| 126. Lowes Companies Inc | A | Dividend | K | T | | | | | |
| 127. Marsh & McLennan Cos Inc | A | Dividend | | | Partial Sale | 3/14 | J | A | |
| 128. Marsh & McLennan Cos Inc | | | | | Partial Sale | 11/27 | J | A | |
| 129. Marsh & McLennan Cos Inc | | | | | Sell | 11/28 | J | A | |
| 130. McDonalds Corp | A | Dividend | K | T | | | | | |
| 131. Medco Health Solutions Inc | | None | | | Sell | 1/10 | J | A | |
| 132. Medtronic Inc | A | Dividend | J | T | | | | | |
| 133. Microsoft Corp | A | Dividend | K | T | Buy | 3/23 | J | | |
| 134. Millennium Pharmaceuticals Inc | | None | J | T | | | | | |
| 135. Motorola Inc | A | Dividend | | | Sell | 1/11 | J | A | |
| 136. National Instruments Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Nestle Nam Spon ADR | A | Dividend | K | T | | | | | |
| 138.  Nokia Corp Sponsored ADR | A | Dividend | J | T | Partial Sale | 4/5 | J | A | |
| 139.  Nordstrom Inc | | None | J | T | Buy | 12/5 | J | | |
| 140.  Nordstrom Inc | | | | | Buy | 12/6 | J | | |
| 141.  Nordstrom Inc | | | | | Buy | 12/7 | J | | |
| 142.  Novartis AG Namen Spon ADR | A | Dividend | | | Buy | 4/2 | J | | |
| 143.  Novartis AG Namen Spon ADR | | | | | Partial Sell | 10/12 | J | A | |
| 144.  Novartis AG Namen Spon ADR | | | | | Sell | 10/15 | J | A | |
| 145.  O&M Inv Partners/M Jackson | | None | K | T | | | | | |
| 146.  Omnicom Group Inc | A | Dividend | J | T | Partial Sale | 5/9 | J | B | |
| 147.  Omnicom Group Inc | | | | | Stock Split | 6/25 | J | | |
| 148.  Paychex Inc | A | Dividend | K | T | Buy | 5/4 | J | | |
| 149.  Paychex Inc | | | | | Buy | 5/4 | J | | |
| 150.  Paychex Inc | | | | | Buy | 5/7 | J | | |
| 151.  Paychex Inc | | | | | Buy | 5/9 | J | | |
| 152.  Paychex Inc | | | | | Buy | 5/10 | J | | |
| 153.  Pepsico Inc | A | Dividend | K | T | Buy | 10/23 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pinnacle West Capital Corp | A | Dividend | K | T | Buy | 9/21 | J | | |
| 155. Pinnacle West Capital Corp | | | | | Buy | 9/27 | J | | |
| 156. Pinnacle West Capital Corp | | | | | Buy | 9/28 | J | | |
| 157. Pinnacle West Capital Corp | | | | | Buy | 10/2 | J | | |
| 158. Pinnacle West Capital Corp | | | | | Buy | 10/18 | J | | |
| 159. Polycom Inc | | None | J | T | Buy | 10/9 | J | | |
| 160. Potash Corp of Saskatchewan Inc US$ | A | Dividend | K | T | Partial Sale | 1/5 | J | C | |
| 161. Potash Corp of Saskatchewan Inc US$ | | | | | Stock Split | 5/29 | J | | |
| 162. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 10/12 | J | C | |
| 163. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 10/18 | J | A | |
| 164. Procter & Gamble Co | A | Dividend | | | Partial Sale | 3/26 | J | A | |
| 165. Procter & Gamble Co | | | | | Sell | 5/8 | J | A | |
| 166. Progressive Corp Ohio | B | Dividend | J | T | Buy | 2/26 | J | | |
| 167. Progressive Corp Ohio | | | | | Buy | 2/27 | J | | |
| 168. Progressive Corp Ohio | | | | | Buy | 2/28 | J | | |
| 169. Progressive Corp Ohio | | | | | Buy | 3/1 | J | | |
| 170. Progressive Corp Ohio | | | | | Buy | 3/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Progressive Corp Ohio | | | | | Partial Sale | 11/2 | J | A | |
| 172. Rentech Inc | | None | J | T | | | | | |
| 173. Rio Tinto PLC ADR Spon | A | Dividend | K | T | Partial Sale | 1/8 | J | B | |
| 174. Royal Dutch Shell CL A ADR | A | Dividend | | | Partial Sale | 1/3 | J | B | |
| 175. Royal Dutch Shell CL A ADR | | | | | Sell | 7/17 | K | D | |
| 176. Sanofi-Aventis ADR | A | Dividend | J | T | Buy | 2/5 | J | | |
| 177. SAP AG Spon ADR | A | Dividend | K | T | Buy | 5/16 | J | | |
| 178. Sara Lee Corp | A | Dividend | J | T | Partial Sale | 4/17 | J | A | |
| 179. Sara Lee Corp | | | | | Partial Sale | 4/18 | J | A | |
| 180. Schlumberger Ltd | A | Dividend | K | T | Partial Sale | 6/26 | J | D | |
| 181. Semtech Corp | | None | | | Partial Sale | 5/8 | J | A | |
| 182. Semtech Corp | | | | | Partial Sale | 10/8 | J | A | |
| 183. Semtech Corp | | | | | Sell | 10/9 | J | A | |
| 184. Sepracor Inc | | None | J | T | Buy | 10/2 | J | | |
| 185. Sepracor Inc | | | | | Buy | 10/5 | J | | |
| 186. Siemens AG ADR | A | Dividend | K | T | | | | | |
| 187. SLM Corp | A | Dividend | J | T | Buy | 3/28 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SLM Corp | | | | | Buy | 12/27 | J | | |
| 189. SLM Corp | | | | | Partial Sale | 4/18 | J | B | |
| 190. SLM Corp | | | | | Partial Sale | 5/2 | J | B | |
| 191. SLM Corp | | | | | Partial Sale | 5/3 | J | B | |
| 192. SLM Corp | | | | | Partial Sale | 5/7 | J | B | |
| 193. SLM Corp | | | | | Partial Sale | 5/31 | J | B | |
| 194. SLM Corp | | | | | Partial Sale | 6/1 | J | B | |
| 195. SLM Corp | | | | | Partial Sale | 6/12 | J | A | |
| 196. SLM Corp | | | | | Partial Sale | 6/18 | J | C | |
| 197. SLM Corp | | | | | Partial Sale | 6/19 | J | A | |
| 198. Southwest Airlines Co | A | Dividend | J | T | Buy | 6/25 | J | | |
| 199. Southwest Airlines Co | | | | | Buy | 12/19 | J | | |
| 200. Spectra Energy Corp | A | Dividend | J | T | Spin Off | 1/3 | J | | Duke Energy |
| 201. Sprint Nextel Corp Series 1 | | None | | | Partial Sale | 1/12 | J | A | |
| 202. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/16 | J | A | |
| 203. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/17 | J | A | |
| 204. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Sprint Nextel Corp Series 1 | | | | | Sell | 1/22 | J | A | |
| 206. SSGA Money Market Fund | C | Dividend | L | T | | | | | |
| 207. Suncor Energy Inc US$ | A | Dividend | J | T | | | | | |
| 208. Suntrust Banks Inc | A | Dividend | J | T | Buy | 4/17 | J | | |
| 209. Suntrust Banks Inc | | | | | Buy | 5/1 | J | | |
| 210. Target Corp | A | Dividend | K | T | | | | | |
| 211. The Walt Disney Co | A | Dividend | J | T | Spin Off | 6/13 | J | | Citadel Broadcasting |
| 212. Time Warner Inc | A | Dividend | | | Partial Sale | 8/13 | J | A | |
| 213. Time Warner Inc | | | | | Sell | 10/15 | J | B | |
| 214. Umpqua Holdings Corp | A | Dividend | | | Partial Sale | 5/9 | J | A | |
| 215. Umpqua Holdings Corp | | | | | Partial Sale | 11/6 | J | A | |
| 216. Umpqua Holdings Corp | | | | | Sell | 11/8 | J | A | |
| 217. Unilever NV NY Shrs | A | Dividend | J | T | | | | | |
| 218. Union Pacific Corp | A | Dividend | K | T | Partial Sale | 1/8 | J | B | |
| 219. United Parcel Service Inc CL B | A | Dividend | K | T | Buy | 5/11 | J | | |
| 220. United Technologies Corp | A | Dividend | K | T | | | | | |
| 221. Unitedhealth Group Inc | A | Dividend | K | T | Buy | 5/17 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Unitedhealth Group Inc | | | | | Buy | 9/17 | J | | |
| 223. Unitedhealth Group Inc | | | | | Buy | 9/18 | J | | |
| 224. Unitedhealth Group Inc | | | | | Buy | 10/30 | J | | |
| 225. Unitedhealth Group Inc | | | | | Buy | 11/29 | J | | |
| 226. Verigy Ltd | | None | | | Sell | 3/19 | J | A | |
| 227. Verizon Communications | A | Dividend | J | T | | | | | |
| 228. Vulcan Materials Co | A | Dividend | J | T | Buy | 11/1 | J | | |
| 229. Wabco Holdings Inc | A | Dividend | J | T | Spin Off | 8/1 | J | | American Standard |
| 230. Wachovia Corporation | A | Dividend | J | T | Buy | 12/4 | J | | |
| 231. Walgreen Co | A | Dividend | J | T | Buy | 5/7 | J | | |
| 232. Walgreen Co | | | | | Buy | 5/8 | J | | |
| 233. Washington Mutual Inc | B | Dividend | J | T | | | | | |
| 234. Weatherford Intl Ltd | | None | J | T | Partial Sale | 6/28 | J | B | |
| 235. Wellpoint Inc | | None | | | Partial Sale | 1/4 | J | C | |
| 236. Wellpoint Inc | | | | | Partial Sale | 5/2 | J | C | |
| 237. Wellpoint Inc | | | | | Partial Sale | 9/19 | J | C | |
| 238. Wellpoint Inc | | | | | Sell | 9/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Wells Fargo & Co | A | Dividend | K | T | Partial Sale | 11/1 | J | A | |
| 240. Whole Foods Market | A | Dividend | | | Sell | 8/10 | J | A | |
| 241. Williams-Sonoma Inc | A | Dividend | J | T | | | | | |
| 242. Wyeth | A | Dividend | J | T | Buy | 5/23 | J | | |
| 243. Wyeth | | | | | Buy | 5/29 | J | | |
| 244. Wyeth | | | | | Partial Sale | 8/15 | J | A | |
| 245. XL Capital Ltd CL A | A | Dividend | J | T | Buy | 3/26 | J | | |
| 246. Zymogenetics Inc | | None | J | T | | | | | |
| 247. Trust #1 | | | | | | | | | |
| 248. Money Market Act | A | Interest | K | T | | | | | |
| 249. ████████ (IRA) | | | | | | | | | |
| 250. Abbot Labs Com Stock | A | Dividend | K | T | | | | | |
| 251. Air Prod & Chemicals Com Stock | A | Dividend | K | T | Partial Sale | 10/3 | J | C | |
| 252. Ambac Financial Com Stock | A | Dividend | | | Sell | 12/17 | J | | |
| 253. American Int'l Group Com Stock | A | Dividend | K | T | | | | | |
| 254. Amgen Inc. Com Stock | | None | K | T | Buy | 5/23 | J | | |
| 255. Anadarko Petroleum Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Applied Materials Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |
| 257.  Avery Dennison Com Stock | A | Dividend | K | T | | | | | |
| 258.  BHP Billiton Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |
| 259.  BHP Billiton Com Stock | | | | | Partial Sale | 8/6 | J | D | |
| 260.  BHP Billiton Com Stock | | | | | Partial Sale | 10/3 | J | C | |
| 261.  Biogen IDEC Com Stock | | None | K | T | | | | | |
| 262.  BP PLC ADR Com Stock | A | Dividend | K | T | | | | | |
| 263.  Broadcom Corp Com Stock | | None | K | T | Buy | 1/23 | J | | |
| 264.  Broadcom Corp Com Stock | | | | | Buy | 11/14 | J | | |
| 265.  Burlington Santa Fe Com Stock | A | Dividend | K | T | | | | | |
| 266.  Capital One Financial Com Stock | A | Dividend | | | Sell | 8/6 | K | | |
| 267.  Caterpillar Com Stock | A | Dividend | | | Sell | 5/22 | K | E | |
| 268.  Chevron Corp Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |
| 269.  Cisco Systems Com Stock | | None | K | T | Partial Sale | 1/23 | J | A | |
| 270.  Citigroup Com Stock | B | Dividend | K | T | Buy | 11/14 | J | | |
| 271.  Colgate-Palmolive Com Stock | A | Dividend | K | T | | | | | |
| 272.  Corning Inc Com Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CVS Caremark Com Stock | A | Dividend | K | T | Buy | 3/9 | K | | |
| 274. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 275. Dentsply Int'l Com Stock | A | Dividend | K | T | | | | | |
| 276. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 277. Ebay Com Stock | | None | K | T | | | | | |
| 278. FPL Group Com Stock | A | Dividend | K | T | Partial Sale | 3/9 | J | C | |
| 279. Fortune Brands Com Stock | A | Dividend | K | T | | | | | |
| 280. Gannett Co Com Stock | A | Dividend | | | Sale | 1/23 | K | | |
| 281. General Electric Com Stock | A | Dividend | K | T | | | | | |
| 282. Global Industries Com Stock | | None | K | T | Partial Sale | 8/6 | J | B | |
| 283. Goldman Sachs Group Com Stock | A | Dividend | K | T | | | | | |
| 284. Home Depot Inc Com Stock | A | Dividend | K | T | Buy | 3/9 | K | | |
| 285. Home Depot Inc Com Stock | | | | | Buy | 5/23 | J | | |
| 286. IBM Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |
| 287. IDEARC Com Stock | | None | | | Sell | 1/23 | J | A | |
| 288. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 289. Johnson & Johnson Com Stock | A | Dividend | K | T | Buy | 10/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JP Morgan Chase Com Stock | A | Dividend | K | T | | | | | |
| 291. Lehman Bros Com Stock | A | Dividend | K | T | | | | | |
| 292. Lockheed Martin Com Stock | A | Dividend | K | T | | | | | |
| 293. McGraw-Hill Com Stock | A | Dividend | K | T | | | | | |
| 294. Medtronic Inc. Com Stock | A | Dividend | K | T | | | | | |
| 295. Microchip Tech. Com Stock | A | Dividend | K | T | | | | | |
| 296. Microsoft Corp. Com Stock | A | Dividend | K | T | | | | | |
| 297. Peets Coffee Inc Com Stock | | None | | | Sell | 3/9 | K | | |
| 298. Pepsico Inc Com Stock | A | Dividend | K | T | Buy | 3/9 | K | | |
| 299. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 300. Qualcomm Inc. Com Stock | A | Dividend | K | T | Buy | 1/23 | J | | |
| 301. Royal Dutch ADR Com Stock | B | Dividend | K | T | | | | | |
| 302. SEI Investments | A | Dividend | K | T | | | | | |
| 303. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 304. Smith Intl Com Stock | A | Dividend | K | T | Partial Sale | 3/9 | J | B | |
| 305. Smith Intl Com Stock | | | | | Partial Sale | 10/3 | J | C | |
| 306. Stericycle Inc Com Stock | | None | K | T | Partial Sale | 3/9 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Stericycle Inc Com Stock | | | | | Partial Sale | 10/3 | J | B | |
| 308. Sysco Corp Com Stock | A | Dividend | K | T | | | | | |
| 309. Target Corp Com Stock | A | Dividend | K | T | | | | | |
| 310. Teva Pharm ADR Com Stock | A | Dividend | K | T | | | | | |
| 311. US Bancorp Com Stock | B | Dividend | K | T | Buy | 10/3 | J | | |
| 312. United Natural Foods Inc. | | None | | | Sell | 2/23 | K | A | |
| 313. UnumProvident Corp. Com Stock | A | Dividend | K | T | | | | | |
| 314. Verizon Com Stock | A | Dividend | K | T | | | | | |
| 315. Vodafone ADR | B | Dividend | K | T | | | | | |
| 316. Vulcan Materials Com Stock | A | Dividend | K | T | Buy | 10/3 | J | | |
| 317. Zimmer Holdings Com Stock | | None | K | T | Buy | 10/3 | J | | |
| 318. DFA Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 319. DFA Large Cap Int'l Fund | D | Dividend | N | T | Buy | 1/23 | K | | |
| 320. DFA Large Cap Int'l Fund | | | | | Buy | 10/3 | K | | |
| 321. DFA US Micro Cap Fund | B | Dividend | L | T | | | | | |
| 322. Powershares Clean Energy Fund | A | Dividend | K | T | Buy | 5/23 | J | | |
| 323. Capital Trust Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. Aflac Inc | B | Dividend | M | T | Buy | 5/16 | J | | |
| 325. Agilent Technologies Inc | | None | L | T | Buy | 9/7 | J | | |
| 326. Agilent Technologies Inc | | | | | Buy | 9/12 | J | | |
| 327. Agilent Technologies Inc | | | | | Buy | 10/17 | J | | |
| 328. Air Products & Chemicals Inc | C | Dividend | M | T | | | | | |
| 329. Alcoa Inc | B | Dividend | K | T | Partial Sale | 5/9 | J | B | |
| 330. Alcoa Inc | | | | | Partial Sale | 6/19 | L | E | |
| 331. Allegeny Technologies Inc | A | Dividend | K | T | Buy | 9/24 | J | | |
| 332. Allegeny Technologies Inc | | | | | Buy | 9/25 | J | | |
| 333. Allegeny Technologies Inc | | | | | Buy | 9/28 | J | | |
| 334. Allegeny Technologies Inc | | | | | Buy | 10/2 | J | | |
| 335. Allegeny Technologies Inc | | | | | Partial Sale | 12/24 | K | A | |
| 336. Allergan Inc | A | Dividend | M | T | Stock Split | 6/22 | J | | |
| 337. AMBAC Finl Grp Inc Com | A | Dividend | J | T | Buy | 9/28 | J | | |
| 338. AMBAC Finl Grp Inc Com | | | | | Buy | 10/1 | J | | |
| 339. AMBAC Finl Grp Inc Com | | | | | Buy | 10/1 | J | | |
| 340. AMBAC Finl Grp Inc Com | | | | | Buy | 10/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. AMBAC Finl Grp Inc Com | | | | | Buy | 10/2 | J | | |
| 342. AMBAC Finl Grp Inc Com | | | | | Buy | 10/3 | J | | |
| 343. AMBAC Finl Grp Inc Com | | | | | Buy | 10/11 | J | | |
| 344. AMBAC Finl Grp Inc Com | | | | | Partial Sale | 12/24 | K | E | |
| 345. American International Group Inc | B | Dividend | L | T | Buy | 4/16 | J | | |
| 346. American International Group Inc | | | | | Buy | 4/17 | J | | |
| 347. American International Group Inc | | | | | Buy | 4/17 | J | | |
| 348. American International Group Inc | | | | | Buy | 10/1 | J | | |
| 349. American International Group Inc | | | | | Buy | 10/24 | K | | |
| 350. American International Group Inc | | | | | Partial Sale | 12/24 | J | A | |
| 351. American Medical Sys Hldgs | | None | K | T | Buy | 1/18 | J | | |
| 352. American Medical Sys Hldgs | | | | | Buy | 1/19 | J | | |
| 353. American Medical Sys Hldgs | | | | | Buy | 1/22 | J | | |
| 354. American Medical Sys Hldgs | | | | | Buy | 1/23 | J | | |
| 355. American Medical Sys Hldgs | | | | | Buy | 4/18 | K | | |
| 356. American Medical Sys Hldgs | | | | | Buy | 4/19 | K | | |
| 357. American Medical Sys Hldgs | | | | | Buy | 4/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. American Medical Sys Hldgs | | | | | Buy | 4/23 | J | | |
| 359. American Medical Sys Hldgs | | | | | Buy | 5/1 | J | | |
| 360. American Medical Sys Hldgs | | | | | Buy | 5/2 | J | | |
| 361. American Medical Sys Hldgs | | | | | Buy | 5/3 | J | | |
| 362. American Medical Sys Hldgs | | | | | Buy | 5/4 | J | | |
| 363. American Medical Sys Hldgs | | | | | Buy | 5/4 | J | | |
| 364. American Medical Sys Hldgs | | | | | Buy | 6/12 | J | | |
| 365. American Medical Sys Hldgs | | | | | Partial Sale | 12/24 | K | A | |
| 366. American Standard Co | B | Dividend | | | Partial Sale | 1/8 | J | A | |
| 367. American Standard Co | | | | | Partial Sale | 1/9 | K | C | |
| 368. American Standard Co | | | | | Partial Sale | 1/10 | J | B | |
| 369. American Standard Co | | | | | Partial Sale | 4/17 | J | C | |
| 370. American Standard Co | | | | | Partial Sale | 5/8 | K | D | |
| 371. American Standard Co | | | | | Partial Sale | 5/9 | K | D | |
| 372. American Standard Co | | | | | Spin Off | 8/1 | J | | Wabco Holdings |
| 373. American Standard Co | | | | | Partial Sale | 8/22 | K | D | |
| 374. American Standard Co | | | | | Exchange | 11/28 | J | | Trane Inc. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Arch Coal Inc | A | Dividend | L | T | | | | | |
| 376. Astrazeneca PLC ADR | D | Dividend | | | Partial Sale | 04/04 | K | C | |
| 377. Astrazeneca PLC ADR | | | | | Partial Sale | 5/4 | K | D | |
| 378. Astrazeneca PLC ADR | | | | | Partial Sale | 9/19 | J | A | |
| 379. Astrazeneca PLC ADR | | | | | Partial Sale | 11/12 | K | B | |
| 380. Astrazeneca PLC ADR | | | | | Sell | 11/13 | L | C | |
| 381. AT&T, Inc. | D | Dividend | M | T | Buy | 1/12 | K | | |
| 382. AT&T, Inc. | | | | | Buy | 6/27 | J | | |
| 383. AT&T, Inc. | | | | | Buy | 6/27 | K | | |
| 384. Autonation Inc | | None | K | T | Partial Sale | 1/31 | J | C | |
| 385. Avon Products Inc | A | Dividend | K | T | | | | | |
| 386. BAE Systems PLC Spon ADR | B | Dividend | L | T | | | | | |
| 387. Baker Hughes Inc | A | Dividend | L | T | Partial Sale | 7/6 | J | D | |
| 388. Baker Hughes Inc | | | | | Partial Sale | 10/9 | J | C | |
| 389. Barrick Gold Corp US$ | A | Dividend | M | T | Buy | 4/16 | L | | |
| 390. Barrick Gold Corp US$ | | | | | Buy | 12/20 | K | | |
| 391. Baxter International Inc | A | Dividend | L | T | Buy | 7/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Berkshire Hathaway Inc CL B | | None | M | T | | | | | |
| 393. Berkshire Hathaway Inc CL B | | None | L | T | | | | | |
| 394. Best Buy Inc | | None | K | T | Buy | 10/12 | K | | |
| 395. Boeing Co | A | Dividend | L | T | Buy | 6/15 | J | | |
| 396. Boeing Co | | | | | Buy | 6/21 | K | | |
| 397. Boeing Co | | | | | Buy | 6/27 | J | | |
| 398. Boeing Co | | | | | Buy | 6/29 | K | | |
| 399. Boeing Co | | | | | Buy | 7/6 | K | | |
| 400. Boeing Co | | | | | Buy | 7/16 | K | | |
| 401. Boeing Co | | | | | Buy | 8/21 | K | | |
| 402. Boeing Co | | | | | Partial Sale | 12/24 | K | A | |
| 403. CA PUB WKS LEASE REV BONDS A AMBAC 5.125% 12-01-21 | D | Interest | M | T | | | | | |
| 404. CA ST DEPT WTR RES Q 5.0% 03-01-17 | B | Interest | L | T | | | | | |
| 405. CA ST ECON RECOV A FGIC 5.25% 07-01-13 | D | Interest | M | T | | | | | |
| 406. CA ST GO 6.25% 09-01-12 | C | Interest | L | T | | | | | |
| 407. CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11-01-17 | E | Interest | N | T | | | | | |
| 408. CA STWD JOHN MUIR HLTH W/I 5% 08/15/2021 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. CALIFORNIA ST 5% 09/01/2031 | E | Interest | N | T | | | | | |
| 410. CALIFORNIA ST REF 5% 03/01/2020 | E | Interest | N | T | | | | | |
| 411. Campbell Soup Co | C | Dividend | M | T | Partial Sale | 1/3 | J | B | |
| 412. Campbell Soup Co | | | | | Partial Sale | 1/4 | J | A | |
| 413. Campbell Soup Co | | | | | Partial Sale | 1/4 | J | A | |
| 414. Campbell Soup Co | | | | | Partial Sale | 1/5 | J | B | |
| 415. Canadian Natural Resources Ltd US$ | A | Dividend | L | T | Buy | 4/3 | K | | |
| 416. Canadian Natural Resources Ltd US$ | | | | | Buy | 4/4 | J | | |
| 417. Canon Inc ADR | A | Dividend | L | T | | | | | |
| 418. Capital One Financial Corp | A | Dividend | K | T | Buy | 4/27 | J | | |
| 419. Capital One Financial Corp | | | | | Buy | 10/12 | J | | |
| 420. Cerner Corp | | None | M | T | Buy | 2/09 | J | | |
| 421. Cerner Corp | | | | | Buy | 2/12 | J | | |
| 422. Cerner Corp | | | | | Buy | 2/13 | J | | |
| 423. Cerner Corp | | | | | Buy | 2/15 | J | | |
| 424. Cerner Corp | | | | | Buy | 2/15 | J | | |
| 425. Cerner Corp | | | | | Buy | 2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Cerner Corp | | | | | Buy | 2/20 | J | | |
| 427. Cerner Corp | | | | | Buy | 2/21 | J | | |
| 428. Chevron Corp | B | Dividend | L | T | Partial Sale | 1/5 | K | C | |
| 429. Chubb Corp | A | Dividend | | | Sell | 3/1 | K | B | |
| 430. Cincinnati Finl Corp | B | Dividend | L | T | | | | | |
| 431. Cisco Systems Inc | | None | M | T | Buy | 12/18 | K | | |
| 432. Citadel Broadcasting Corp | | None | | | Partial Sale | 6/13 | J | A | |
| 433. Citadel Broadcasting Corp | | | | | Spin Off | 6/13 | J | | The Walt Disney Co |
| 434. Citadel Broadcasting Corp | | | | | Sell | 11/14 | J | A | |
| 435. Citigroup Inc | B | Dividend | K | T | | | | | |
| 436. Coast Comnty College Dist CA SER B 5% 8/1/2021 | E | Interest | N | T | | | | | |
| 437. Coca-Cola Co | B | Dividend | L | T | Buy | 5/10 | K | | |
| 438. Comcast Corp CL A | | None | M | T | Partial Sale | 2/21 | J | A | |
| 439. Compass Bancshares Inc | A | Dividend | | | Buy | 1/22 | J | | |
| 440. Compass Bancshares Inc | | | | | Buy | 2/8 | J | | |
| 441. Compass Bancshares Inc | | | | | Buy | 2/9 | J | | |
| 442. Compass Bancshares Inc | | | | | Partial Sale | 6/1 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Compass Bancshares Inc | | | | | Sell | 6/4 | J | B | |
| 444. Conocophillips | A | Dividend | K | T | Buy | 7/2 | K | | |
| 445. Conocophillips | | | | | Buy | 7/2 | J | | |
| 446. Conocophillips | | | | | Buy | 7/3 | J | | |
| 447. Corning Inc Com | A | Dividend | L | T | | | | | |
| 448. Costa Mesa CA PFA A 5.0% 10-01-12 | C | Interest | M | T | | | | | |
| 449. Costco Wholesale Corp | A | Dividend | M | T | Partial Sale | 1/5 | L | D | |
| 450. Cucamonga Co CA Cop Wtr FGIC 5.0% 09-01-19 | C | Interest | M | T | | | | | |
| 451. Danaher Corp | A | Dividend | L | T | | | | | |
| 452. Davita Inc | | None | M | T | Buy | 2/15 | J | | |
| 453. Davita Inc | | | | | Buy | 2/16 | J | | |
| 454. Davita Inc | | | | | Buy | 2/16 | J | | |
| 455. Davita Inc | | | | | Buy | 5/16 | K | | |
| 456. Dell Inc | | None | L | T | Buy | 2/1 | K | | |
| 457. Delta Petroleum Corp | | None | M | T | Buy | 1/16 | J | | |
| 458. Delta Petroleum Corp | | | | | Buy | 1/16 | J | | |
| 459. Delta Petroleum Corp | | | | | Buy | 1/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Delta Petroleum Corp | | | | | Buy | 1/18 | J | | |
| 461. Delta Petroleum Corp | | | | | Buy | 8/16 | J | | |
| 462. Delta Petroleum Corp | | | | | Buy | 8/17 | J | | |
| 463. Delta Petroleum Corp | | | | | Buy | 8/21 | J | | |
| 464. Duke Energy Corp | B | Dividend | | | Spin Off | 1/3 | J | | Spectra Energy |
| 465. Duke Energy Corp | | | | | Partial Sell | 5/9 | K | D | |
| 466. Duke Energy Corp | | | | | Sell | 7/18 | K | D | |
| 467. East West Bancorp Inc | A | Dividend | K | T | Partial Sale | 12/24 | K | A | |
| 468. Ebay Inc | | None | L | T | Buy | 5/18 | L | | |
| 469. El Centro CA Auth Wtr AMBAC A 4.8% 10-01-09 | B | Interest | L | T | | | | | |
| 470. Emerson Electric Co | C | Dividend | M | T | Partial Sale | 5/23 | L | E | |
| 471. Energy Northwest WA Elec Rev Ser A 5.25% 07/01/2008 | A | Interest | | | Sell | 1/25 | K | A | |
| 472. Energy Northwest WA Elec Columbia A 5.25% 07/01/2008 | | None | | | Sell | 1/25 | J | A | |
| 473. American Funds Europacific Growth Fund CL R5 | F | Dividend | P1 | T | Buy | 12/13 | J | | |
| 474. American Funds Europacific Growth Fund CL R5 | | | | | Buy | 12/13 | J | | |
| 475. Exelixis Inc | | None | K | T | | | | | |
| 476. Exelon Corporation | A | Dividend | | | Partial Sale | 5/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Exelon Corporation | | | | | Sell | 8/10 | K | D | |
| 478. Exxon Mobil Corp | C | Dividend | M | T | Partial Sale | 1/3 | J | D | |
| 479. Exxon Mobil Corp | | | | | Partial Sale | 10/2 | K | D | |
| 480. Federal National Mortgage Assoc. | | None | K | T | Buy | 11/30 | K | | |
| 481. Fedex Corp | A | Dividend | K | T | | | | | |
| 482. Fluor Corp | B | Dividend | M | T | Partial Sale | 5/25 | J | B | |
| 483. Fluor Corp | | | | | Partial Sale | 8/22 | K | E | |
| 484. Fluor Corp | | | | | Partial Sale | 10/8 | K | D | |
| 485. Fluor Corp | | | | | Partial Sale | 10/9 | K | E | |
| 486. Foothill-de Anza CC 1997 Fing Proj FSA 4.9% 06-01-11 | B | Interest | L | T | | | | | |
| 487. Forest Labs Inc | | None | K | T | Partial Sale | 1/5 | K | B | |
| 488. Forest Labs Inc | | | | | Partial Sale | 1/8 | K | C | |
| 489. Forest Labs Inc | | | | | Partial Sale | 5/30 | K | B | |
| 490. Forest Labs Inc | | | | | Partial Sale | 5/30 | J | B | |
| 491. Forest Labs Inc | | | | | Partial Sale | 5/31 | J | B | |
| 492. Forest Labs Inc | | | | | Partial Sale | 6/1 | J | B | |
| 493. Forest Labs Inc | | | | | Partial Sale | 6/4 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transoctions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Forest Labs Inc | | | | | Partial Sale | 6/6 | K | C | |
| 495. Fremont CA UHSD FGIC 5.0% 09-01-16 | D | Interest | N | T | | | | | |
| 496. Gallagher Arthur J | A | Dividend | | | Partial Sale | 5/7 | J | A | |
| 497. Gallagher Arthur J | | . | | | Partial Sale | 5/8 | J | A | |
| 498. Gallagher Arthur J | | | | | Sell | 5/9 | J | A | |
| 499. Gannett Co Inc | | None | K | T | Buy | 11/28 | K | | |
| 500. Gannett Co Inc | | | | | Buy | 11/29 | J | | |
| 501. Gannett Co Inc | | | | | Buy | 12/11 | J | | |
| 502. Genentech Inc | | None | M | T | Buy | 2/16 | J | | |
| 503. Genentech Inc | | | | | Buy | 2/20 | J | | |
| 504. Genentech Inc | | | | | Buy | 2/21 | K | | |
| 505. Genentech Inc | | | | | Buy | 2/21 | J | | |
| 506. Genentech Inc | | | | | Buy | 2/22 | J | | |
| 507. Genentech Inc | | | | | Buy | 2/22 | K | | |
| 508. Genentech Inc | | | | | Buy | 2/23 | J | | |
| 509. Genentech Inc | | | | | Buy | 2/26 | J | | |
| 510. Genentech Inc | | | | | Buy | 2/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Genentech Inc | | | | | Buy | 2/28 | J | | |
| 512. Genentech Inc | | | | | Buy | 5/14 | K | | |
| 513. Genentech Inc | | | | | Buy | 12/10 | J | | |
| 514. Genentech Inc | | | | | Buy | 12/11 | J | | |
| 515. Genentech Inc | | | | | Buy | 12/11 | J | | |
| 516. Genentech Inc | | | | | Buy | 12/12 | J | | |
| 517. Genentech Inc | | | | | Buy | 12/13 | J | | |
| 518. General Dynamics Corp | | None | | | Sell | 1/5 | K | D | |
| 519. General Electric Co | D | Dividend | N | T | | | | | |
| 520. General Growth Properties Inc | C | Dividend | L | T | | | | | |
| 521. Genpact Ltd | | None | K | T | Buy | 8/9 | J | | |
| 522. Genpact Ltd | | | | | Buy | 8/9 | J | | |
| 523. Genpact Ltd | | | | | Buy | 8/10 | J | | |
| 524. Golden St Tobacco St Approp Ambac 5.0% 06/01/14 | C | Interest | M | T | Partial Sale | 3/13 | M | B | |
| 525. Golden St Tobacco St Approp Ambac 5.0% 06/01/14 | | | | | Partial Sale | 3/13 | J | A | |
| 526. Golden St Tobacco St Refdg 4.5% 06/01/2027 | D | Interest | N | T | Buy | 3/8 | N | | |
| 527. Google Inc Cl A | | None | L | T | Buy | 5/9 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Hacienda La Puente USD FSA | | None | N | T | Buy | 9/20 | N | | |
| 529. Hanesbrands Inc | | None | L | T | | | | | |
| 530. Heineken NV ADR | B | Dividend | L | T | Partial Sale | 5/10 | L | E | |
| 531. Hewlett-Packard Co | A | Dividend | L | T | Partial Sale | 2/23 | K | E | |
| 532. Hewlett-Packard Co | | | | | Partial Sale | 10/24 | L | E | |
| 533. HSBC Holdings PLC ADR Spon New | C | Dividend | | | Partial Sale | 5/8 | J | B | |
| 534. HSBC Holdings PLC ADR Spon New | | | | | Partial Sale | 11/12 | K | D | |
| 535. HSBC Holdings PLC ADR Spon New | | | | | Sell | 11/8 | L | D | |
| 536. Idearc Inc | A | Dividend | | | Sell | 3/6 | J | A | |
| 537. Illinois Tool Works Inc | C | Dividend | M | T | | | | | |
| 538. Imclone Sys Inc | | None | K | T | Buy | 7/13 | K | | |
| 539. Imclone Sys Inc | | | | | Partial Sale | 5/11 | J | B | |
| 540. Imclone Sys Inc | | | | | Partial Sale | 5/14 | J | B | |
| 541. Imclone Sys Inc | | | | | Partial Sale | 10/15 | K | D | |
| 542. Imclone Sys Inc | | | | | Partial Sale | 10/15 | J | B | |
| 543. Intel Corp | B | Dividend | M | T | | | | | |
| 544. International Business Machines Corp | B | Dividend | M | T | Partial Sale | 5/9 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) T pe (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Me od Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Jabil Circuit Inc | A | Dividend | K | T | Buy | 8/10 | J | | |
| 546. Jabil Circuit Inc | | | | | Buy | 8/13 | J | | |
| 547. Jabil Circuit Inc | | | | | Buy | 8/14 | J | | |
| 548. Jabil Circuit Inc | | | | | Buy | 8/14 | K | | |
| 549. Jabil Circuit Inc | | | | | Buy | 12/17 | J | | |
| 550. Jabil Circuit Inc | | | | | Buy | 12/18 | J | | |
| 551. Jabil Circuit Inc | | | | | Buy | 12/19 | J | | |
| 552. Jabil Circuit Inc | | | | | Buy | 12/20 | J | | |
| 553. Jarden Corp | | None | L | T | Buy | 4/2 | J | | |
| 554. Jarden Corp | | | | | Buy | 4/2 | J | | |
| 555. Jarden Corp | | | | | Buy | 8/20 | J | | |
| 556. Jarden Corp | | | | | Buy | 8/21 | J | | |
| 557. Jarden Corp | | | | | Buy | 8/21 | J | | |
| 558. Jarden Corp | | | | | Buy | 8/22 | J | | |
| 559. Jarden Corp | | | | | Buy | 8/22 | J | | |
| 560. Jarden Corp | | | | | Buy | 8/23 | J | | |
| 561. Jarden Corp | | | | | Buy | 8/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. Jarden Corp | | | | | Buy | 10/22 | J | | |
| 563. Johnson Controls Inc | A | Dividend | K | T | Stock Split | 10/2 | J | | |
| 564. JPMorgan Chase & Co | D | Dividend | M | T | Buy | 12/18 | J | | |
| 565. Kinder Morgan Management LLC | | None | L | T | Partial Sale | 2/14 | J | A | |
| 566. Kinder Morgan Management LLC | | | | | Partial Sale | 5/15 | J | A | |
| 567. Kinder Morgan Management LLC | | | | | Partial Sale | 8/14 | J | A | |
| 568. Kinder Morgan Management LLC | | | | | Partial Sale | 11/14 | J | A | |
| 569. Kraft Foods Inc CL A | C | Dividend | M | T | Buy | 5/10 | K | | |
| 570. Kraft Foods Inc CL A | | | | | Buy | 12/11 | K | | |
| 571. Kraft Foods Inc CL A | | | | | Buy | 12/18 | J | | |
| 572. Kraft Foods Inc CL A | | | | | Buy | 12/19 | K | | |
| 573. LA CA DWAP FSA 5.25% 07-01-20 | C | Interest | L | T | | | | | |
| 574. LA CA USD GO FGIC 5.0% 07-01-16 | D | Interest | N | T | | | | | |
| 575. LA CO CA MTA AMBAC C 5.0% 07-01-20 | D | Interest | M | T | | | | | |
| 576. LA CO CA MTA FSA SF 5.0% 07-01-19 | C | Interest | M | T | | | | | |
| 577. LA CANADA FLINTRIDGE CA CTFS MBIA SF 5.25% 12-01-21 | | None | | | Sell | 5/10 | M | A | |
| 578. Leggett & Platt Inc | B | Dividend | | | Partial Sale | 12/20 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Leggett & Platt Inc | | | | | Sell | 12/21 | J | C | |
| 580. Level 3 Communications Inc | | None | | | Buy | 10/3 | K | | |
| 581. Level 3 Communications Inc | | | | | Partial Sale | 11/20 | J | C | |
| 582. Level 3 Communications Inc | | | | | Sell | 11/21 | J | C | |
| 583. Lincare Holdings Inc | | None | | | Partial Sale | 1/25 | J | A | |
| 584. Lincare Holdings Inc | | | | | Partial Sale | 1/26 | J | A | |
| 585. Lincare Holdings Inc | | | | | Partial Sale | 1/29 | J | A | |
| 586. Lincare Holdings Inc | | | | | Partial Sale | 1/30 | J | A | |
| 587. Lincare Holdings Inc | | | | | Partial Sale | 2/1 | J | C | |
| 588. Lincare Holdings Inc | | | | | Partial Sale | 2/5 | J | A | |
| 589. Lincare Holdings Inc | | | | | Partial Sale | 2/6 | J | B | |
| 590. Lincare Holdings Inc | | | | | Partial Sale | 2/7 | J | A | |
| 591. Lincare Holdings Inc | | | | | Partial Sale | 2/13 | J | A | |
| 592. Lincare Holdings Inc | | | | | Partial Sale | 2/14 | J | A | |
| 593. Lincare Holdings Inc | | | | | Partial Sale | 2/15 | J | A | |
| 594. Lincare Holdings Inc | | | | | Partial Sale | 2/16 | J | A | |
| 595. Lincare Holdings Inc | | | | | Partial Sale | 2/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Lincare Holdings Inc | | | | | Partial Sale | 2/21 | J | A | |
| 597. Lincare Holdings Inc | | | | | Sell | 3/12 | J | A | |
| 598. Lincoln CA PFA Ambac 4.25% 09/01/2023 | C | Interest | N | T | Buy | 5/9 | N | | |
| 599. Long Beach CA Prepay Gas (ML) 5.25% 11/15/2023 | | None | M | T | Buy | 9/13 | M | | |
| 600. LOS ANGELES CNTY CA PUB WKS FING AUTH AMBAC 5% 06/01/2021 | D | Interest | N | T | | | | | |
| 601. Lowes Companies Inc | B | Dividend | M | T | Buy | 8/13 | J | | |
| 602. Lowes Companies Inc | | | | | Buy | 8/22 | J | | |
| 603. Lowes Companies Inc | | | | | Buy | 12/10 | J | | |
| 604. Lowes Companies Inc | | | | | Buy | 12/19 | J | | |
| 605. Marsh & McLennan Cos Inc | B | Dividend | | | Partial Sale | 11/27 | K | D | |
| 606. Marsh & McLennan Cos Inc | | | | | Partial Sale | 11/28 | K | C | |
| 607. Marsh & McLennan Cos Inc | | | | | Sell | 11/29 | J | B | |
| 608. McDonalds Corp | D | Dividend | M | T | | | | | |
| 609. Medtronic Inc | A | Dividend | L | T | | | | | |
| 610. Met Wtr So CA Go Ser A 5.0% 03-01-17 | E | Interest | N | T | | | | | |
| 611. Microsoft Corp | C | Dividend | N | T | Buy | 3/23 | L | | |
| 612. Microsoft Corp | | | | | Buy | 5/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Millennium Pharmaceuticals Inc | | None | L | T | | | | | |
| 614. Monterey CA Cops Natividad Med MBIA 4.75% 08-01-17 | B | Interest | L | T | | | | | |
| 615. Motorola Inc | A | Dividend | | | Sell | 1/11 | K | D | |
| 616. Mt Diablo CA USD FSA 4.625% 08-01-17 | C | Interest | M | T | | | | | |
| 617. National Instruments Corp | A | Dividend | K | T | | | | | |
| 618. Nestle Nam Spon ADR | B | Dividend | M | T | | | | | |
| 619. American Funds New World Fund Inc CL R5 | E | Dividend | O | T | Reinvestment | 12/13 | J | | |
| 620. American Funds New World Fund Inc CL R5 | | | | | Reinvestment | 12/13 | J | | |
| 621. American Funds New World Fund Inc CL R5 | | | | | Reinvestment | 12/13 | J | | |
| 622. Nokia Corp Sponsored ADR | A | Dividend | K | T | Partial Sale | 4/4 | K | B | |
| 623. Nokia Corp Sponsored ADR | | | | | Partial Sale | 5/9 | J | B | |
| 624. Nordstrom Inc | | None | M | T | Buy | 12/4 | J | | |
| 625. Nordstrom Inc | | | | | Buy | 12/5 | K | | |
| 626. Nordstrom Inc | | | | | Buy | 12/6 | K | | |
| 627. Nordstrom Inc | | | | | Buy | 12/7 | J | | |
| 628. Nordstrom Inc | | | | | Buy | 12/10 | J | | |
| 629. Nordstrom Inc | | | | | Buy | 12/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Novartis AG Namen Spon ADR | A | Dividend | | | Buy | 4/2 | J | | |
| 631. Novartis AG Namen Spon ADR | | | | | Partial Sell | 10/2 | K | A | |
| 632. Novartis AG Namen Spon ADR | | | | | Sell | 10/15 | L | D | |
| 633. Oakland CA USD Alameda Cnty FSA 5.0% 08-01-19 | D | Interest | | | Sell | 9/26 | M | A | |
| 634. Oceanside CA Cop Ambac 5.0% 05-01-20 | B | Interest | K | T | | | | | |
| 635. Omnicom Group Inc | B | Dividend | M | T | Partial Sale | 6/25 | J | A | |
| 636. Orange Cops Police Headqtrs FSA 4.6% 08-01-10 | C | Interest | M | T | | | | | |
| 637. Palos Verdes CA Libr Dist 5.0% 08-01-16 | C | Interest | M | T | | | | | |
| 638. Paychex Inc | B | Dividend | M | T | Buy | 5/4 | K | | |
| 639. Paychex Inc | | | | | Buy | 5/4 | K | | |
| 640. Paychex Inc | | | | | Buy | 5/7 | K | | |
| 641. Paychex Inc | | | | | Buy | 5/8 | K | | |
| 642. Paychex Inc | | | | | Buy | 5/8 | J | | |
| 643. Paychex Inc | | | | | Buy | 5/9 | J | | |
| 644. Paychex Inc | | | | | Buy | 5/10 | K | | |
| 645. Paychex Inc | | | | | Buy | 5/11 | J | | |
| 646. Pepsico Inc | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Pinnacle West Capital Corp | B | Dividend | M | T | Buy | 8/28 | J | | |
| 648. Pinnacle West Capital Corp | | | | | Buy | 8/29 | J | | |
| 649. Pinnacle West Capital Corp | | | | | Buy | 8/30 | J | | |
| 650. Pinnacle West Capital Corp | | | | | Buy | 8/31 | J | | |
| 651. Pinnacle West Capital Corp | | | | | Buy | 9/4 | J | | |
| 652. Pinnacle West Capital Corp | | | | | Buy | 9/5 | J | | |
| 653. Pinnacle West Capital Corp | | | | | Buy | 9/6 | J | | |
| 654. Pinnacle West Capital Corp | | | | | Buy | 9/7 | J | | |
| 655. Pinnacle West Capital Corp | | | | | Buy | 9/10 | J | | |
| 656. Pinnacle West Capital Corp | | | | | Buy | 9/11 | J | | |
| 657. Pinnacle West Capital Corp | | | | | Buy | 9/12 | J | | |
| 658. Pinnacle West Capital Corp | | | | | Buy | 9/13 | J | | |
| 659. Pinnacle West Capital Corp | | | | | Buy | 9/14 | J | | |
| 660. Pinnacle West Capital Corp | | | | | Buy | 9/17 | J | | |
| 661. Pinnacle West Capital Corp | | | | | Buy | 9/18 | J | | |
| 662. Pinnacle West Capital Corp | | | | | Buy | 9/19 | J | | |
| 663. Pinnacle West Capital Corp | | | | | Buy | 9/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. Pinnacle West Capital Corp | | | | | Buy | 9/21 | J | | |
| 665. Pinnacle West Capital Corp | | | | | Buy | 9/24 | J | | |
| 666. Pinnacle West Capital Corp | | | | | Buy | 9/25 | J | | |
| 667. Pinnacle West Capital Corp | | | | | Buy | 9/26 | J | | |
| 668. Pinnacle West Capital Corp | | | | | Buy | 9/27 | J | | |
| 669. Pinnacle West Capital Corp | | | | | Buy | 9/28 | J | | |
| 670. Pinnacle West Capital Corp | | | | | Buy | 10/2 | J | | |
| 671. Pinnacle West Capital Corp | | | | | Buy | 10/3 | J | | |
| 672. Pinnacle West Capital Corp | | | | | Buy | 10/17 | J | | |
| 673. Pinnacle West Capital Corp | | | | | Buy | 10/18 | J | | |
| 674. Plains Exploration & Production Co | | None | | | Sell | 7/5 | L | D | |
| 675. Polycom Inc | | None | K | T | Buy | 10/8 | J | | |
| 676. Polycom Inc | | | | | Buy | 10/9 | J | | |
| 677. Potash Corp of Saskatchewan Inc US$ | A | Dividend | M | T | Partial Sale | 1/4 | J | D | |
| 678. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 1/5 | J | D | |
| 679. Potash Corp of Saskatchewan Inc US$ | | | | | Stock Split | 5/29 | J | | |
| 680. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 8/8 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 10/18 | L | E | |
| 682. Potash Corp of Saskatchewan Inc US$ | | | | | Partial Sale | 10/19 | K | E | |
| 683. PR PFC FGIC (P) 5.25% 08-01-31/02-1-12 | D | Interest | N | T | | | | | |
| 684. Procter & Gamble Co | A | Dividend | | | Sell | 5/8 | K | D | |
| 685. Progressive Corp Ohio | D | Dividend | K | T | Buy | 2/23 | J | | |
| 686. Progressive Corp Ohio | | | | | Buy | 2/26 | J | | |
| 687. Progressive Corp Ohio | | | | | Buy | 2/27 | K | | |
| 688. Progressive Corp Ohio | | | | | Buy | 2/28 | J | | |
| 689. Progressive Corp Ohio | | | | | Buy | 3/1 | K | | |
| 690. Progressive Corp Ohio | | | | | Buy | 3/2 | J | | |
| 691. Progressive Corp Ohio | | | | | Buy | 3/5 | J | | |
| 692. Progressive Corp Ohio | | | | | Buy | 5/1 | K | | |
| 693. Progressive Corp Ohio | | | | | Partial Sale | 11/2 | J | C | |
| 694. Progressive Corp Ohio | | | | | Partial Sale | 11/5 | J | A | |
| 695. Progressive Corp Ohio | | | | | Partial Sale | 11/6 | J | A | |
| 696. Progressive Corp Ohio | | | | | Partial Sale | 11/20 | K | D | |
| 697. Progressive Corp Ohio | | | | | Partial Sale | 12/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Rentech Inc | | None | J | T | | | | | |
| 699. Rio Tinto PLC ADR Spon | B | Dividend | M | T | Partial Sale | 1/5 | L | E | |
| 700. Riverside CA Cop MBIA 4.75% 12-01-12 | B | Interest | L | T | | | | | |
| 701. Royal Dutch Shell CL A ADR | C | Dividend | | | Sell | 7/17 | M | F | |
| 702. SACRA CA MUD S MBIA 5.0% 11-15-15 | C | Interest | M | T | | | | | |
| 703. San Diego CA 99 A Tal Ambac SF 4.75% 09-01-18 | C | Interest | M | T | | | | | |
| 704. San Fran ARPT 2nd-15A AMT FSA 4.7% 05-01-12 | B | Interest | L | T | | | | | |
| 705. San Fran CA Redev Agy Moscone Ctr FSA 5.0% 07-01-17 | B | Interest | L | T | | | | | |
| 706. San Fran CA Redev Agy Moscone Ctr FSA 5.0% 07-01-18 | C | Interest | L | T | | | | | |
| 707. San Fran City & Co Hotel Tax FSA 4.75% 07-01-12 | B | Interest | L | T | | | | | |
| 708. San Francisco CA ST Bldg Auth Lease Rev 5% 12/01/2020 | E | Interest | N | T | | | | | |
| 709. San Jose CA Redev 04 A MBIA 5.25% 08-01-10 | D | Interest | N | T | | | | | |
| 710. Sanofi-Aventis ADR | A | Dividend | K | T | Buy | 2/5 | K | | |
| 711. SANTA BARBARA CA REDEV A FSA 5.0% 03-01-19 | D | Interest | M | T | | | | | |
| 712. SAP AG Spon ADR | B | Dividend | M | T | Buy | 5/16 | K | | |
| 713. Sara Lee Corp | C | Dividend | L | T | Partial Sale | 9/14 | K | B | |
| 714. Schlumberger Ltd | B | Dividend | M | T | Partial Sale | 1/8 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Schlumberger Ltd | | | | | Partial Sale | 7/9 | L | E | |
| 716. Schlumberger Ltd | | | | | Partial Sale | 10/2 | L | E | |
| 717. Schlumberger Ltd | | | | | Partial Sale | 10/9 | K | E | |
| 718. Semtech Corp | | None | | | Partial Sale | 10/8 | J | A | |
| 719. Semtech Corp | | | | | Partial Sale | 10/9 | J | A | |
| 720. Semtech Corp | | | | | Partial Sale | 10/10 | J | A | |
| 721. Semtech Corp | | | | | Partial Sale | 10/11 | J | A | |
| 722. Semtech Corp | | | | | Partial Sale | 10/11 | J | A | |
| 723. Semtech Corp | | | | | Partial Sale | 10/12 | J | A | |
| 724. Semtech Corp | | | | | Sell | 10/15 | J | A | |
| 725. Sepracor Inc | | None | K | T | Buy | 7/24 | J | | |
| 726. Sepracor Inc | | | | | Buy | 7/25 | K | | |
| 727. Sepracor Inc | | | | | Buy | 7/27 | K | | |
| 728. Sepracor Inc | | | | | Buy | 7/27 | J | | |
| 729. Sepracor Inc | | | | | Buy | 10/4 | J | | |
| 730. Sepracor Inc | | | | | Buy | 10/5 | J | | |
| 731. Sepracor Inc | | | | | Partial Sale | 8/29 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  Sepracor Inc | | | | | Partial Sale | 12/24 | K | A | |
| 733.  Siemens AG ADR | A | Dividend | K | T | Partial Sale | 10/15 | J | D | |
| 734.  Siemens AG ADR | | | | | Partial Sale | 10/17 | K | D | |
| 735.  SLM Corp | B | Dividend | L | T | Buy | 3/30 | J | | |
| 736.  SLM Corp | | | | | Buy | 4/2 | K | | |
| 737.  SLM Corp | | | | | Buy | 12/27 | L | | |
| 738.  SLM Corp | | | | | Partial Sale | 4/17 | J | A | |
| 739.  SLM Corp | | | | | Partial Sale | 4/18 | J | A | |
| 740.  SLM Corp | | | | | Partial Sale | 4/30 | K | A | |
| 741.  SLM Corp | | | | | Partial Sale | 5/2 | K | C | |
| 742.  SLM Corp | | | | | Partial Sale | 5/3 | J | B | |
| 743.  SLM Corp | | | | | Partial Sale | 5/4 | J | C | |
| 744.  SLM Corp | | | | | Partial Sale | 5/7 | J | B | |
| 745.  SLM Corp | | | | | Partial Sale | 5/30 | J | C | |
| 746.  SLM Corp | | | | | Partial Sale | 5/30 | K | D | |
| 747.  SLM Corp | | | | | Partial Sale | 5/31 | K | C | |
| 748.  SLM Corp | | | | | Partial Sale | 6/1 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. SLM Corp | | | | | Partial Sale | 6/4 | J | B | |
| 750. SLM Corp | | | | | Partial Sale | 6/8 | K | D | |
| 751. SLM Corp | | | | | Partial Sale | 6/11 | K | D | |
| 752. SLM Corp | | | | | Partial Sale | 6/12 | J | B | |
| 753. SLM Corp | | | | | Partial Sale | 6/15 | J | C | |
| 754. SLM Corp | | | | | Partial Sale | 6/18 | L | E | |
| 755. Snta Clra CA Trns Auth 01 A MBIA PREREF 5.0% 06-01-17/11 | | None | | | Sell | 5/10 | L | A | |
| 756. Southwest Airlines Co | A | Dividend | L | T | Buy | 6/22 | J | | |
| 757. Southwest Airlines Co | | | | | Buy | 6/25 | J | | |
| 758. Southwest Airlines Co | | | | | Buy | 12/19 | J | | |
| 759. Spectra Energy Corp | B | Dividend | K | T | Spin Off | 1/3 | J | | Duke Energy |
| 760. Sprint Nextel Corp Series 1 | | None | | | Partial Sale | 1/12 | J | A | |
| 761. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/12 | K | A | |
| 762. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/16 | J | A | |
| 763. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/16 | J | A | |
| 764. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/17 | J | A | |
| 765. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/18 | J | A | |
| 767. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/18 | J | A | |
| 768. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/19 | J | A | |
| 769. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/19 | J | A | |
| 770. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 1/22 | J | A | |
| 771. Sprint Nextel Corp Series 1 | | | | | Sell | 1/22 | J | A | |
| 772. SSGA FDS Tax Free Money Market Fund | E | Dividend | P1 | T | | | | | |
| 773. Suncor Energy Inc US$ | A | Dividend | L | T | | | | | |
| 774. Sunnyvale CA CTFS 98A Ambac SF 5.0% 10-01-17 | B | Interest | | | Sell | 05/10 | L | B | |
| 775. Suntrust Banks Inc | C | Dividend | L | T | Buy | 4/17 | L | | |
| 776. Suntrust Banks Inc | | | | | Buy | 5/1 | K | | |
| 777. Suntrust Banks Inc | | | | | Buy | 5/17 | J | | |
| 778. Suntrust Banks Inc | | | | | Buy | 7/24 | J | | |
| 779. Suntrust Banks Inc | | | | | Buy | 8/10 | J | | |
| 780. Suntrust Banks Inc | | | | | Buy | 8/13 | J | | |
| 781. Suntrust Banks Inc | | | | | Buy | 10/11 | J | | |
| 782. Target Corp | B | Dividend | M | T | Buy | 5/11 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
   (See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Target Corp | | | | | Buy | 5/14 | J | | |
| 784. Target Corp | | | | | Buy | 11/28 | J | | |
| 785. Target Corp | | | | | Buy | 12/11 | J | | |
| 786. The Walt Disney Co | | None | L | T | Buy | 5/15 | J | | |
| 787. The Walt Disney Co | | | | | Spin Off | 6/13 | J | | Citadel Broadcasting |
| 788. Time Warner Inc | B | Dividend | | | Partial Sale | 8/13 | K | E | |
| 789. Time Warner Inc | | | | | Sell | 10/15 | L | D | |
| 790. Trane Inc | A | Dividend | K | T | Asset rcvd | 11/28 | J | | American Standard |
| 791. Umpqua Holdings Corp | A | Dividend | | | Partial Sale | 11/5 | J | A | |
| 792. Umpqua Holdings Corp | | | | | Partial Sale | 11/6 | J | C | |
| 793. Umpqua Holdings Corp | | | | | Sell | 11/8 | J | A | |
| 794. Unilever NV NY Shrs | B | Dividend | L | T | | | | | |
| 795. Union Pacific Corp | B | Dividend | M | T | Partial Sale | 1/8 | K | E | |
| 796. United Parcel Service Inc CL B | B | Dividend | L | T | Buy | 5/11 | K | | |
| 797. United Parcel Service Inc CL B | | | | | Buy | 5/11 | J | | |
| 798. United Technologies Corp | C | Dividend | M | T | Partial Sale | 10/24 | K | D | |
| 799. Unitedhealth Group Inc | A | Dividend | M | T | Buy | 5/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  Unitedhealth Group Inc | | | | | Buy | 9/14 | J | | |
| 801.  Unitedhealth Group Inc | | | | | Buy | 9/17 | K | | |
| 802.  Unitedhealth Group Inc | | | | | Buy | 9/18 | J | | |
| 803.  Unitedhealth Group Inc | | | | | Buy | 9/18 | J | | |
| 804.  Unitedhealth Group Inc | | | | | Buy | 10/30 | L | | |
| 805.  Unitedhealth Group Inc | | | | | Buy | 11/9 | J | | |
| 806.  Unitedhealth Group Inc | | | | | Buy | 11/13 | J | | |
| 807.  Unitedhealth Group Inc | | | | | Buy | 11/29 | J | | |
| 808.  Unitedhealth Group Inc | | | | | Buy | 12/3 | J | | |
| 809.  Unitedhealth Group Inc | | | | | Buy | 12/4 | J | | |
| 810.  US Treasury Note 6.25% 02-15-07 | C | Interest | | | Maturity | 2/15 | L | A | |
| 811.  Verigy Ltd | | None | | | Partial Sale | 3/16 | J | B | |
| 812.  Verigy Ltd | | | | | Sell | 3/19 | J | B | |
| 813.  Verizon Communications | B | Dividend | L | T | | | | | |
| 814.  Virgin Islands PFA SR Lien A 5.0% 10-01-07 | D | Interest | | | Sell | 10/1 | M | A | |
| 815.  Vulcan Materials Co | A | Dividend | K | T | Buy | 10/31 | J | | |
| 816.  Vulcan Materials Co | | | | | Buy | 11/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. Vulcan Materials Co | | | | | Buy | 11/1 | J | | |
| 818. Wabco Holdings Inc | A | Dividend | K | T | Partial Sale | 9/12 | K | C | |
| 819. Wabco Holdings Inc | | | | | Spin Off | 8/1 | J | | American Standard |
| 820. Wachovia Corporation | C | Dividend | M | T | Buy | 1/9 | J | | |
| 821. Wachovia Corporation | | | | | Buy | 1/10 | J | | |
| 822. Wachovia Corporation | | | | | Buy | 3/19 | J | | |
| 823. Wachovia Corporation | | | | | Buy | 3/20 | J | | |
| 824. Wachovia Corporation | | | | | Buy | 12/4 | J | | |
| 825. Wachovia Corporation | | | | | Buy | 12/5 | K | | |
| 826. Walgreen Co | A | Dividend | K | T | Buy | 5/7 | J | | |
| 827. Walgreen Co | | | | | Buy | 5/8 | J | | |
| 828. Washington Mutual Inc | D | Dividend | K | T | Partial Sale | 11/2 | J | D | |
| 829. Washington Mutual Inc | | | | | Partial Sale | 11/23 | K | E | |
| 830. Washington Mutual Inc | | | | | Partial Sale | 12/24 | J | A | |
| 831. Weatherford Intl Ltd | | None | K | T | Partial Sale | 10/8 | K | D | |
| 832. Wellpoint Inc | | None | | | Partial Sale | 1/4 | K | B | |
| 833. Wellpoint Inc | | | | | Partial Sale | 1/5 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. Wellpoint Inc | | | | | Partial Sale | 5/1 | J | B | |
| 835. Wellpoint Inc | | | | | Partial Sale | 5/1 | K | D | |
| 836. Wellpoint Inc | | | | | Partial Sale | 5/2 | J | C | |
| 837. Wellpoint Inc | | | | | Partial Sale | 5/2 | K | D | |
| 838. Wellpoint Inc | | | | | Partial Sale | 9/19 | K | D | |
| 839. Wellpoint Inc | | | | | Partial Sale | 9/19 | K | D | |
| 840. Wellpoint Inc | | | | | Sell | 9/20 | K | D | |
| 841. Wells Fargo & Co | D | Dividend | M | T | Buy | 5/14 | J | | |
| 842. Wells Fargo & Co | | | | | Buy | 5/14 | J | | |
| 843. Wells Fargo & Co | | | | | Partial Sale | 11/2 | K | C | |
| 844. Westlands CA Wtr Dist MBIA 5.25% 09-01-17 | D | Interest | M | T | | | | | |
| 845. Whole Foods Market | A | Dividend | | | Sell | 8/10 | J | B | |
| 846. Williams-Sonoma Inc | A | Dividend | J | T | Partial Sale | 12/24 | K | A | |
| 847. Wyeth | A | Dividend | K | T | Buy | 5/22 | K | | |
| 848. Wyeth | | | | | Buy | 5/23 | J | | |
| 849. Wyeth | | | | | Buy | 5/23 | J | | |
| 850. Wyeth | | | | | Buy | 5/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. Wyeth | | | | | Buy | 6/5 | J | | |
| 852. Wyeth | | | | | Buy | 6/27 | J | | |
| 853. Wyeth | | | | | Partial Sale | 8/14 | K | D | |
| 854. Wyeth | | | | | Partial Sale | 8/15 | K | D | |
| 855. XL Capital Ltd CL A | B | Dividend | | | Partial Sale | 11/26 | K | E | |
| 856. XL Capital Ltd CL A | | | | | Sell | 11/27 | K | D | |
| 857. Zymogenetics Inc | | None | K | T | Buy | 8/2 | J | | |
| 858. Zymogenetics Inc | | | | | Buy | 8/2 | J | | |
| 859. Zymogenetics Inc | | | | | Buy | 8/3 | J | | |
| 860. Zymogenetics Inc | | | | | Buy | 8/3 | J | | |
| 861. Zymogenetics Inc | | | | | Buy | 8/6 | J | | |
| 862. Zymogenetics Inc | | | | | Partial Sale | 12/24 | J | A | |
| 863. ▓▓▓▓▓▓ | | | | | | | | | |
| 864. Advance Auto Parts | B | Dividend | M | T | Partial Sale | 12/13 | L | F | |
| 865. Alameda Co CTFS 5.375% 12/1/16 | D | Interest | M | T | | | | | |
| 866. Berkeley CA sch Dist. 3.875% 8/01/18 | D | Interest | M | T | | | | | |
| 867. Burbank CA Pub Fling 5.250% 12/1/17 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |
| 869. CA ST Pub Works 4.600% 12/1/20 | C | Interest | L | T | | | | | |
| 870. CA ST Pub Works 4.200% 5/1/19 | C | Interest | M | T | | | | | |
| 871. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 872. Chula Visa CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 873. Coachella CA Sch Dist. 5.000% 8/1/19 | C | Interest | L | T | | | | | |
| 874. CSUCI Fing Auth 4.750% 9/1/14 | D | Interest | M | T | | | | | |
| 875. Dublin CA Sch Dist. 4.125% 8/1/21 | D | Interest | M | T | | | | | |
| 876. East Bay CA Util Dist. 5.000% 6/1/18 | C | Interest | L | T | | | | | |
| 877. Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |
| 878. Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 879. Lincoln CA Sch Dist. 4.500% 8/1/19 | D | Interest | M | T | | | | | |
| 880. Los Angeles Co. MTA 4.750% 7/1/19 | D | Interest | M | T | | | | | |
| 881. Madera Co CTFS 4.250% 8/1/22 | | None | L | T | Buy | 9/4 | L | | |
| 882. Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 883. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 884. Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. Newport CA sch Dist 5.000% 8/1/17 | D | Interest | M | T | | | | | |
| 886. Palmdale CA Redev Agy 3.800% 9/1/16 | D | Interest | M | T | | | | | |
| 887. Pasadena CA Elec Rev 5.000% 6/1/16 | D | Interest | M | T | | | | | |
| 888. Public Storage | C | Dividend | L | T | | | | | |
| 889. Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |
| 890. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 891. Sacramento CA CTFS 5.000% 12/01/21 | | None | K | T | Buy | 12/12 | K | | |
| 892. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | M | T | | | | | |
| 893. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 894. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | M | T | | | | | |
| 895. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 896. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 897. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 898. So Cal Logistics 4.125% 12/1/20 | C | Interest | L | T | | | | | |
| 899. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 900. So CA Pub Pwr Auth 5.250% 1/1/20 | D | Interest | M | T | | | | | |
| 901. So Gate CA Fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. The Pantry common stock | | None | L | T | Partial Sale | 12/13 | L | F | |
| 903. Tracy CA Jt Powers 4.200% 9/2/17 | B | Interest | K | T | | | | | |
| 904. Turlock CA Pub Fing 4.300% 9/15/16 | B | Interest | K | T | | | | | |
| 905. Univ. of CA Multi Purp. 5.00% 9/1/16 | D | Interest | M | T | | | | | |
| 906. Western Riverside WTR 4.250% 9/1/21 | B | Interest | L | T | Buy | 3/2 | L | | |
| 907 ███ Bank Deposit | B | Interest | J | T | | | | | |
| 908. FS Equity Partners III | | | | | | | | | |
| 909. AV Partnership; Partnership Interest | | None | | | Sell | 4/12 | J | | |
| 910. AV Development common stock | | None | | | Sell | 4/12 | J | | |
| 911. Asbury Automotive common stock | | None | | | Sell | 5/17 | P1 | G | |
| 912. FS Management Co., L.P (L.P. Interest) | | None | J | U | | | | | |
| 913. Freeman Spogli & Co., Incorp. Common stock | | None | J | U | | | | | |
| 914. FS Equity Partners IV | | | | | | | | | |
| 915. Asbury Automotive common stock | | None | | | Sell | 5/17 | O | G | |
| 916. Sur La Table | | None | M | U | | | | | |
| 917. Ross-Simmons | | None | M | U | | | | | |
| 918. FS Equity Partners V | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. Winebow Inc common stock | | None | M | U | | | | | |
| 920. N.E.W. Companies common stock | | None | M | U | | | | | |
| 921. H.H. Gregg Inc common stock | | None | N | U | Partial Sale | 7/26 | O | G | |
| 922. Bright Now Inc common stock | | None | N | U | | | | | |
| 923. Mattress Giant Corp common stock | | None | M | U | | | | | |
| 924. Savers Inc common stock | | None | N | U | | | | | |
| 925. PETCO Animal Supply common stock | | None | N | U | | | | | |
| 926. El Pollo Loco Inc common stock | | None | N | U | Buy | 12/12 | N | | |
| 927. Riordan Venture Assoc. (L.P. Int.) | | | | | | | | | |
| 928. RLH Silverado Dividend Pref. Stock debt | | None | K | U | | | | | |
| 929. Bradshaw | | None | J | U | | | | | |
| 930. Intri-Plex Tech. | | None | J | U | | | | | |
| 931. ITS Corp. | | None | | | Sale | 4/27 | K | D | |
| 932. Cymetrix Corp common stock | | None | J | U | | | | | |
| 933. Con-Cise Lens Co common stock | | None | J | U | Partial Sale | 4/11 | J | B | |
| 934. Saebro Inc common stock | | None | J | U | | | | | |
| 935. Maxit common stock | | None | K | U | Buy | 10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O.=$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. Triple 7 Group common stock | | None | J | U | Buy | 7/26 | J | | |
| 937. TW Holdings common stock | | None | J | U | Buy | 9/17 | J | | |
| 938. Cyber Coders Holdings common stock | | None | J | U | Buy | 3/26 | J | | |
| 939. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 940. ██Retire Accts (401k-profit) | | | | | | | | | |
| 941. ██acific Growth Fund | A | Dividend | M | T | Buy | 1/23 | K | | |
| 942. ██Liquit Asset Account Trust Fund | A | Dividend | J | T | | | | | |
| 943. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 944. Procter & Gamble common stock | C | Dividend | M | T | | | | | |
| 945. Sun Microsoft common stock | | None | K | T | | | | | |
| 946. CVS Corp. common stock | A | Dividend | K | T | | | | | |
| 947. Altria Group common stock | B | Dividend | K | T | | | | | |
| 948. Cisco Sys common stock | | None | L | T | Buy | 10/18 | K | | |
| 949. Time Warner common stock | A | Dividend | | | Sell | 10/18 | K | D | |
| 950. Kraft Foods Inc common stock | A | Dividend | J | T | Spin Off | 3/30 | J | | From Altria |
| 951. ██Dividend Growth Fund | A | Dividend | L | T | | | | | |
| 952. American Funds New World Fund | C | Dividend | M | T | Buy | 1/23 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. R&M Encelle Partners (Parnership Interest) | | None | J | U | | | | | |
| 954. Trust #2 | | | | | | | | | |
| 955. American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 956. General Elec common stock | A | Dividend | J | T | | | | | |
| 957. American Funds New World Fund | A | Dividend | J | T | Buy | 12/18 | J | | |
| 958. Trust #3 | | | | | | | | | |
| 959. General Elec common stock | A | Dividend | J | T | | | | | |
| 960. American Funds New World Fund | A | Dividend | K | T | Buy | 12/12 | J | | |
| 961. Trust #4 - (IR-W) | | | | | | | | | |
| 962. American Funds Capital Income Builder Inc CL R5 | D | Dividend | M | T | Buy | 2/27 | J | | |
| 963. American Funds Capital Income Builder Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 964. American Funds Cash Mgmt Trust of America CL R5 | C | Dividend | M | T | Buy | 8/20 | J | | |
| 965. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 9/10 | J | | |
| 966. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 12/31 | J | | |
| 967. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 12/31 | K | | |
| 968. American Funds EuroPacific Growth Fund CL R5 | C | Dividend | M | T | Buy | 8/3 | J | | |
| 969. American Funds Fundamental Investors Inc CL R5 | B | Dividend | L | T | Buy | 2/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. American Funds Fundamental Investors Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 971. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | Buy | 8/3 | J | | |
| 972. American Funds Investment Company of America CL R5 | C | Dividend | M | T | Buy | 8/3 | J | | |
| 973. American Funds New Economy Fund CL R5 | A | Dividend | K | T | Buy | 2/27 | J | | |
| 974. American Funds New Economy Fund CL R5 | | | | | Buy | 8/3 | J | | |
| 975. American Funds New World Fund Inc CL R5 | C | Dividend | M | T | Buy | 2/27 | J | | |
| 976. American Funds New World Fund Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 977. American Funds SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 2/27 | J | | |
| 978. American Funds SmallCap World Fund Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 979. American Funds Tax-Exempt Fund of California CL R5 | A | Dividend | K | T | Buy | 2/27 | K | | |
| 980. American Funds Tax-Exempt Fund of California CL R5 | | | | | Buy | 8/3 | J | | |
| 981. Trust #5 - (IR-K) | | | | | | | | | |
| 982. American Funds Capital Income Builder Inc CL R5 | D | Dividend | M | T | Buy | 2/27 | J | | |
| 983. American Funds Capital Income Builder Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 984. American Funds Cash Mgmt Trust of America CL R5 | C | Dividend | M | T | Buy | 8/20 | J | | |
| 985. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 9/10 | J | | |
| 986. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 12/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. American Funds Cash Mgmt Trust of America CL R5 | | | | | Buy | 12/31 | K | | |
| 988. American Funds EuroPacific Growth Fund CL R5 | C | Dividend | M | T | Buy | 8/3 | J | | |
| 989. American Funds Fundamental Investors Inc CL R5 | B | Dividend | L | T | Buy | 2/27 | K | | |
| 990. American Funds Fundamental Investors Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 991. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | Buy | 8/3 | J | | |
| 992. American Funds Investment Company of America CL R5 | C | Dividend | M | T | Buy | 8/3 | J | | |
| 993. American Funds New Economy Fund CL R5 | A | Dividend | K | T | Buy | 2/27 | J | | |
| 994. American Funds New Economy Fund CL R5 | | | | | Buy | 8/3 | J | | |
| 995. American Funds New World Fund Inc CL R5 | C | Dividend | M | T | Buy | 2/27 | J | | |
| 996. American Funds New World Fund Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 997. American Funds SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 2/27 | J | | |
| 998. American Funds SmallCap World Fund Inc CL R5 | | | | | Buy | 8/3 | J | | |
| 999. American Funds Tax-Exempt Fund of California CL R5 | A | Dividend | K | T | Buy | 2/27 | K | | |
| 1000. American Funds Tax-Exempt Fund of California CL R5 | | | | | Buy | 8/3 | J | | |
| 1001. Trust #6 (98-W) | | | | | | | | | |
| 1002. ███ Dividend Growth | A | Dividend | L | T | | | | | |
| 1003. American Funds New World Fund | C | Dividend | M | T | Buy | 12/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. ▮▮▮ Active Money Trust | B | Dividend | L | T | | | | | |
| 1005. Public Storage pref. stock | C | Dividend | K | T | | | | | |
| 1006. Winebow inc common stock | | None | J | U | | | | | |
| 1007. N.E.W. Companies common stock | | None | J | U | | | | | |
| 1008. HH Gregg Inc common stock | | None | J | U | Partial Sale | 7/26 | K | E | |
| 1009. Bright Now Inc common stock | | None | J | U | | | | | |
| 1010. Mattress Giant Corp common stock | | None | J | U | | | | | |
| 1011. Savers Inc common stock | | None | J | U | | | | | |
| 1012. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 1013. El Pollo Loco common stock | | None | J | U | Buy | 12/12 | J | | |
| 1014. American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | Buy | 3/19 | J | | |
| 1015. American Funds Capital World Growth & Income Fund R5 | A | Dividend | J | T | Buy | 3/19 | J | | |
| 1016. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 1017. American Funds EuroPacific Growth Fund CL R5 | B | Dividend | L | T | Buy | 3/19 | J | | |
| 1018. American Funds EuroPacific Growth Fund CL R5 | | | | | Partial Sale | 8/9 | J | A | |
| 1019. American Funds EuroPacific Growth Fund CL R5 | | | | | Partial Sale | 11/5 | J | A | |
| 1020. American Funds Fundamental Investors Inc CL R5 | B | Dividend | K | T | Buy | 3/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 1022. American Funds Investment Company of America CL R5 | A | Dividend | K | T | | | | | |
| 1023. American Funds New Economy Fund CL R5 | A | Dividend | K | T | | | | | |
| 1024. American Funds New World Fund Inc CL R5 | B | Dividend | L | T | | | | | |
| 1025. American Funds SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 2/27 | J | | |
| 1026. American Funds Tax-Exempt Fund of California CL R5 | A | Dividend | K | T | Buy | 3/19 | J | | |
| 1027. Trust #7 (98-K) | | | | | | | | | |
| 1028. ▉▉▉▉ Dividend Growth | A | Dividend | L | T | | | | | |
| 1029. American Funds New World Fund | C | Dividend | M | T | Buy | 12/12 | K | | |
| 1030. ▉▉▉▉ Active Money Trust | B | Dividend | L | T | | | | | |
| 1031. Public Storage pref. stock | C | Dividend | K | T | | | | | |
| 1032. Winebow inc common stock | | None | J | U | | | | | |
| 1033. N.E.W. Companies common stock | | None | J | U | | | | | |
| 1034. HH Gregg Inc common stock | | None | J | U | Partial Sale | 7/26 | K | E | |
| 1035. Bright Now Inc common stock | | None | J | U | | | | | |
| 1036. Mattress Giant Corp common stock | | None | J | U | | | | | |
| 1037. Savers Inc common stock | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 1039. El Pollo Loco common stock | | None | J | U | Buy | 12/12 | J | | |
| 1040. American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | Buy | 3/19 | J | | |
| 1041. American Funds Capital World Growth & Income Fund R5 | A | Dividend | J | T | Buy | 3/19 | J | | |
| 1042. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 1043. American Funds EuroPacific Growth Fund CL R5 | B | Dividend | L | T | Buy | 3/19 | J | | |
| 1044. American Funds EuroPacific Growth Fund CL R5 | | | | | Partial Sale | 8/9 | J | A | |
| 1045. American Funds EuroPacific Growth Fund CL R5 | | | | | Partial Sale | 11/5 | J | A | |
| 1046. American Funds Fundamental Investors Inc CL R5 | B | Dividend | K | T | Buy | 3/19 | J | | |
| 1047. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 1048. American Funds Investment Company of America CL R5 | A | Dividend | K | T | | | | | |
| 1049. American Funds New Economy Fund CL R5 | A | Dividend | K | T | | | | | |
| 1050. American Funds New World Fund Inc CL R5 | B | Dividend | L | T | | | | | |
| 1051. American Funds SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 2/27 | J | | |
| 1052. American Funds Tax-Exempt Fund of California CL R5 | A | Dividend | K | T | Buy | 3/19 | J | | |
| 1053. Real Estate Partnership - Hal | | None | N | U | Buy | 8/24 | J | | |
| 1054. Real Estate Partnership - Lau | | None | M | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. Real Estate Partnership - G.O. | | None | M | U | Buy | 8/13 | L | | |
| 1056. Real Estate Partnership - W.O. | | None | M | U | Buy | 10/17 | L | | |
| 1057. Dorset Capital Partnership Invest | A | Interest | L | U | | | | | |
| 1058. ▇▇▇▇ Money Market Fund | A | Interest | J | T | | | | | |
| 1059. ▇▇▇▇ Checking | A | Interest | L | T | | | | | |
| 1060. ▇▇▇▇ Checking | B | Interest | M | T | | | | | |
| 1061. Fargo Investment Partnership | | None | L | U | Buy | 9/17 | J | | |
| 1062. R&M Catalytic Solutions | | None | M | U | | | | | |
| 1063. Bulldog Partners I | A | Interest | L | U | Partial Sale | 7/26 | J | | |
| 1064. Bulldog Partners II | A | Interest | L | U | Buy | 12/12 | K | | |
| 1065. Regents Banshares | C | Interest | M | U | | | | | |
| 1066. Asta Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments and Trusts
Header Information

Line 1, IRA, covers line 2 through 246

Line 247, Trust 1 covers line 248

Line 249, ███████████ (IRA) covers line 250 through 322

Line 323, Capital Trust Account covers line 324 through 862

Line 863, ███████████ covers line 864 through 907

Line 908, FS Equity Partners III covers line 909 through 913

Line 914, FS Equity Partners IV covers line 915 through 917

Line 918, FS Equity Partners V covers line 919 through 926

Line 927, Riordan Venture Assoc. (L.P. Int.) covers line 928 through 938

Line 939, Bistro 45 common stock covers line 939

Line 940, ███ Retire Accts 401k-profit covers line 941 through 952

Line 953, R&M Encelle Partners (Partnership Interest) covers line 953

Line 954, Trust #2 ███████ covers line 955 through 957

Line 958, Trust #3 ███████ ) covers line 959 through 960

Line 961, Trust #4 (IR-W) covers line 962 through 980

Line 981, Trust #5 (IR-K) covers line 982 through 1000

Line 1001, Trust #6 (98-W) covers line 1002 through 1026

Line 1027, Trust #7 (98-K) covers line 1028 through 1052

Line 1053, Real Estate Partnership - Hal. covers line 1053

Line 1054, Real Estate Partnership - Lau, covers line 1054

Line 1055, Real Estate Partnership - G.O., covers line 1055

Line 1056, Real Estate Partnership - W.O., covers line 1056

Line 1057, Dorset Capital Parnership Invest covers line 1057

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1058, ███████ Money Market Fund covers line 1058

Line 1059, ██████ Checking covers line 1059

Line 1060, ██████ Checking covers line 1060

Line 1061, Fargo Investment Partnership covers line 1061

Line 1062, R&M Catalytic Solutions, covers line 1062

Line 1063, Bulldog Partners I, covers line 1063

Line 1064, Bulldog Partners II, covers line 1064

Line 1065, Regents Banshares, covers line 1065

Line 1066, Asta Fund, covers line 1066

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PAGE 58 INTENTIONALLY LEFT BLANK

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 08/08/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544